# United States District Court
## For The Western District of North Carolina
## Asheville Division

Ronnie Keith Long,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                  1:02cv254

Sid Harkleroad, et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2006 Order.

                            FRANK G. JOHNS, CLERK

March 8, 2006

                                s/Joan Gosnell

         BY: _____

                        Joan Gosnell, Deputy Clerk